597

Per Curiam.

(No. 75-CC-1041—

Acco Seed, Claimant, *vs.* State of Illinois, Department of Conservation, Respondent.

*Opinion filed May 13, 1975.*

Acco Seed, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-1063—

Sears, Roebuck & Co., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed May 13, 1975.*

Sears, Roebuck & Co., Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.